Exhibit A to the Complaint

**Location:** Torrance, CA  **IP Address:** 23.241.214.102
**Total Works Infringed:** 159  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 62E796BE12D9F84AFF5D4282FFF031093F96FD8C | 03/08/2025 06:03:00 | Blacked Raw | 03/02/2025 | 03/25/2025 | PA0002521732 |
| 2 | 17CE22D6BBE6A67C9D147B9C267A9CFAF179759B | 02/23/2025 08:54:24 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 3 | 580F1C9FA6A615D2F60BD8843A68857488E21834 | 02/18/2025 18:56:11 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 4 | F5ADAFDE578337CB6AC33F7C7E35B744D639085D | 02/16/2025 20:57:19 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 5 | 990994F89690F9A3E78614F2186AEB2765478D4D | 02/10/2025 19:06:44 | Blacked | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 6 | 4F052D98715E930313A1AC78B04E3E7EDE1B0823 | 02/09/2025 09:43:19 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 7 | 5C80838196397565163B151230D205588E235F92 | 02/08/2025 11:04:27 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 8 | 14800D224CC1BA8449B07BB9F98592765DA6846A | 02/08/2025 04:44:05 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 9 | E1B991FD3A47F634C2ECB4894C8C534CA6ED65BB | 02/06/2025 04:38:37 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 10 | 8CC37085A56FE6E813AA97267D789B5DE4F2F3F8 | 02/05/2025 11:20:36 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 11 | 4694D5046C2660B8AB7578D7840424316F8642BE | 02/05/2025 09:50:39 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 12 | CF51DD593A7ADE44A0B74F3D9DE462C79D1ABC61 | 02/04/2025 06:14:26 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 13 | 9F03BC069D07B2606E3D6838A4E52184738C57AD | 02/04/2025 02:57:18 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 14 | EE424F18A4175D386E6DE27BE9FCB7F27D9F7DC4 | 02/04/2025 02:48:10 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 15 | D08EDB74C8DB55F45F7C1F240810C5463B33AF0D | 02/04/2025 02:38:15 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 16 | F0DB5D63EF749CCB428DD013374186E59962F4C5 | 02/04/2025 02:37:40 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5094A5B8CD1293FFBF0C65D84821D13847DF9116 | 02/03/2025 23:36:27 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 18 | DC0D6FC08CFEB4D7FDD38E744FFBFC2A5455967B | 02/03/2025 23:35:46 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 19 | AC869D915DA6AAE8F96A847E371A54E7A1967351 | 02/03/2025 23:20:39 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 20 | 6D9EFBECE1CDC08A18AE443CCF6EF027FFCA73B8 | 02/03/2025 16:37:45 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 21 | 5134A482C093E00C66AC5EDC1AE360D295C88DB1 | 02/03/2025 14:50:24 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 22 | C68C91D5062483A623AFDE951206F40BA4D5B912 | 02/03/2025 14:47:04 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 23 | 111C2DE1D2766AD298411B53977B05D2E7798F9B | 02/02/2025 05:52:16 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 24 | 9A2C18F7F70683E4E36E659A9ECC898B4B9A5B20 | 02/01/2025 14:50:54 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 25 | 347EB8BBF6B8E228C2F9BA7A9A197265612FA772 | 01/31/2025 05:48:42 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 26 | 94995B04A7AF11B1CF7D22E60EB65A93529776B1 | 01/31/2025 02:08:25 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 27 | 1C066727BD0A39A2749F3B1B797746B16EE9AB2A | 01/31/2025 01:49:35 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 28 | ACF29915A3D1AD88B1CB5B797DB7DAAFDD2E1BDA | 01/31/2025 01:48:09 | Blacked Raw | 08/23/2021 | 09/21/2021 | PA0002312669 |
| 29 | DDACCADB6C16C406AD2382D4E9279C7B422D73B2 | 01/31/2025 01:26:48 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 30 | 8BD19BA9C7FBCD6A466EE9FF62CD790F19FA99B3 | 01/30/2025 20:54:11 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 31 | 298DC357DC4A4AC7FB3E29E6C6168F95DFE0D40B | 01/30/2025 10:47:58 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 32 | A5C433969987BAC870923A1B20745EA831C9CE11 | 01/29/2025 20:28:43 | Tushy | 03/12/2017 | 05/25/2017 | PA0002049786 |
| 33 | 652A1FE0334C49992234BBAA7379B0A75C9B1D8B | 01/29/2025 06:30:54 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 34 | 153851B5F5CB6D5BCBB69DD22CC332052F3408DF | 01/28/2025 20:02:19 | Blacked | 03/11/2017 | 05/25/2017 | PA0002049782 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | 01/28/2025 19:30:18 | Blacked | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 36 | 4BFF94BB8F5DE41AF2BD1D8B12E784DCDF1EC611 | 01/28/2025 19:22:57 | Blacked | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 37 | 7204DA9A8502038CDA0CBC821E56AACC8BC6BB3C | 01/28/2025 18:58:27 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 38 | AB5CDC31AEB275AEA1FF16C0CBBF64DF410E7B43 | 01/28/2025 18:53:45 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 39 | 64062B8F6C3E8E9E4BAB8F0E9800C0C23548A9C5 | 01/28/2025 18:36:34 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 40 | BE7BFA4DAC590C8913DF1AC915816A9110108F96 | 01/28/2025 18:26:05 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 41 | 4E50F98E8094C1DF832AF9DE1D1C53046648A5A7 | 01/28/2025 18:18:11 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 42 | 01501B790D4F44700E16C56E8350055F83E7D14A | 01/28/2025 18:15:27 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 43 | C61BB789C30BF313B91D2864B7501665F6F47A11 | 01/28/2025 18:09:32 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 44 | 4F3A2139336149792131711C34EF07A876AF2381 | 01/28/2025 18:06:13 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 45 | 6712A83CCBC45583FC4EDD4913126CFB0DA9A713 | 01/28/2025 18:04:00 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 46 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | 01/28/2025 16:54:04 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 47 | 9EA9EC8A10A438E9DFF84C99E7B3F183E3873248 | 01/28/2025 16:54:01 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 48 | FF20BDF23F04A2FC21DE1EBD6C8629ADF64B6248 | 01/28/2025 16:49:32 | Blacked | 04/10/2021 | 06/09/2021 | PA0002295605 |
| 49 | 6D6F3F3A31E4D47A9190437F390F2C686672E10C | 01/28/2025 16:49:22 | Blacked | 02/06/2021 | 03/08/2021 | PA0002280372 |
| 50 | 6D85716C02FEC63853584766DE385C3A9D370013 | 01/28/2025 16:49:16 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 51 | 628BF826AF0798326C8BEFBD58A4D98C80737C92 | 01/28/2025 16:45:49 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 52 | 735BB2EE65D50356E8923F974896BBF068F43ACC | 01/28/2025 16:44:53 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 59E3B760E774245BCE9FFC5865E8CFF3EE8B98C3 | 01/28/2025 16:29:11 | Blacked | 02/24/2017 | 05/24/2017 | PA0002049775 |
| 54 | 5D5ED96E6D24B9D972FDE830E47ACB42DDEB4D36 | 01/28/2025 14:20:36 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 55 | 866B7B1DE5458510AF5C858280F04BDFD6EFC19B | 01/28/2025 12:24:15 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 56 | 9E2911B8E0DB6116F929767ECAEDB2B8E59ABE3B | 01/28/2025 11:55:01 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 57 | E639B330DB03ADDFCFF606F0C73389B3B2DDB302 | 01/28/2025 11:52:04 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 58 | 86DE5047975FC7A0CBD5FEF099A2C3D487D0243F | 01/28/2025 11:21:14 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 59 | 3A59CE6EA04E14701A94F73A7112C047A830BEBE | 01/28/2025 11:13:48 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 60 | 7C393A853D1A069299CDCF961C387604C41E76E4 | 01/28/2025 10:56:34 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 61 | 7B0141CC18B7BE313B886A7975B0D2F98228F880 | 01/28/2025 03:46:43 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 62 | 22D429C7C3D2A6E6EAE8BAA8F90164997AB5F38B | 01/28/2025 02:38:12 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 63 | C9C4D8C22A67CCF9BBB860819A6F5A5C78D3CA18 | 01/22/2025 01:08:32 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 64 | DD6F7B0F160381CD1B312FC87EBA542293530E87 | 01/20/2025 19:10:24 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 65 | C3B4882E06C4DFA37CFB1E147B78B3131284D317 | 01/20/2025 19:06:08 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 66 | A0A085ECEB8D1A4927B3848C1354974DE4D2DE0B | 01/20/2025 19:01:37 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 67 | EC725AF0DDD00C9F1AA98B3ED02D3A88350B7871 | 01/20/2025 17:56:40 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 68 | 2C7F0CD71BE49F48828E06DA8E83399FC5AE266D | 01/20/2025 17:50:00 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 69 | E14CF8BF78C0E2735198916459BD6B87F1B32BE5 | 01/20/2025 17:40:50 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 70 | 513CB9E61DF411524C28BF1037BEBE3541C067E2 | 01/20/2025 14:03:33 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | 03BDD60A5BC44EA28F7783EF96E0A3A8CAD64C12 | 01/20/2025 12:48:43 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 72 | 5A80B72ECBD42FD2C24716D603FC64613F865A6D | 01/20/2025 11:55:53 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 73 | 723D0DE6087BB01794A9500086155EDFC03BA280 | 01/20/2025 10:39:13 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 74 | AF7CCCF590D9D434E840748651C5C0E95AD55758 | 01/20/2025 02:17:12 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 75 | A3963697076DAC306E60A6938D17570BD47C2CD8 | 01/19/2025 20:59:33 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 76 | B69482D16CC4AF7955CB1C939D6ED0E446341F1C | 01/19/2025 18:10:02 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 77 | 5D35C3614F968130CEE84B052A9E944360E8B885 | 01/19/2025 16:51:12 | Tushy | 03/02/2017 | 05/25/2017 | PA0002049784 |
| 78 | 37F2EBF8F854326AB4EA1854864050A0A534D1A2 | 01/19/2025 14:21:36 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 79 | 1B287E3BC30DE204590AFE2791AB19B0981F3EC6 | 01/19/2025 11:37:04 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 80 | 80E491C844E8D4AD778A73466859311570D7B880 | 01/19/2025 11:35:57 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 81 | 5D0F2F70F280EC8FFF67C45074F1FE04F66466C1 | 01/19/2025 11:17:29 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 82 | 4CFBD118440CDABE312A8CFC01059F24115EF04A | 01/19/2025 11:17:14 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 83 | E776FE94A0D66F352D4FA2551127725065B728F3 | 01/19/2025 10:57:07 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |
| 84 | 5A161A65671ADCE275F1A77AE32DC64D71DB8CA5 | 01/19/2025 10:38:10 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 85 | AE8F568547BC96C68FA28D2D4362CBA7A675DEC1 | 01/19/2025 10:28:14 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 86 | E1F49323DF7C87DF4FB2D07081D3F996DA23D79F | 01/19/2025 10:05:54 | Blacked | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 87 | 59F5748C99C5EE7305DBE67A6C41280277888F94 | 01/19/2025 10:03:45 | Blacked | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 88 | 49D3AD8089627CDAD29E88CEDDD6D827EDEA0ACE | 01/19/2025 10:01:29 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 89 | 71CCC728B597D1D94E3C4DDA1BA4FD4501EDE12F | 01/19/2025 09:56:22 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 90 | 7910007F742952A5B9254DC3BB4E423D9C2D46C2 | 01/19/2025 09:55:03 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 91 | AB798563DBBCF6DEE6D534D7686D3A1FB7E5C525 | 01/19/2025 09:52:35 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 92 | 98AD85E01C0CD3FCDD228AE223DFC322C4AAABED | 01/19/2025 09:46:49 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 93 | 44C4DA16E38D812F9330A57EDF0FC44BB19960FA | 01/19/2025 09:44:42 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 94 | 40A850F5A66B782D4059E227D8DF323A0947ACB4 | 01/19/2025 09:43:18 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 95 | AA8484B0B3E72BFFAF13B5F5E19A6587029D8109 | 01/19/2025 09:31:35 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 96 | 4DB9ABF803611197737F9B98056EE05135008549 | 01/19/2025 09:30:10 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 97 | 5E44FAC4718FC22A0D10E5C5AC520C8165B66E6C | 01/19/2025 09:27:29 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 98 | 1B236768422E1E8A93ACA2BD85E58D8B510C98F6 | 01/19/2025 09:23:42 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 99 | D465F6822659654B4E5E53FD46DBBF911D4E4370 | 01/19/2025 09:15:29 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 100 | 8196AEE0CF515EDBB438D7F95889E8DDE5E79322 | 01/19/2025 09:12:00 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 101 | 89310DAB6037787E82BC6A09B8FAD66699ED87D8 | 01/19/2025 09:11:20 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 102 | BFB980CB7C66D41A7D7FFF74FD8EFB8BBDF820C6 | 01/19/2025 09:03:38 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 103 | 56F7C01B3C23E6CE59C454F4EE45393EEAEC0AD0 | 01/19/2025 09:01:15 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 104 | E50EDF5C8B32A26D92D45F7AD081B965CAA7FAE4 | 01/19/2025 08:55:40 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 105 | 2FFCCD2BDDBCADBD358E235103A33ED9509D4514 | 01/19/2025 08:55:38 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 106 | BB639B79C71993E3A278698989A9860B415B0F77 | 01/19/2025 08:53:51 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 107 | 487A7DCFDC8AC169320BF27DA723F697415BDF77 | 01/19/2025 08:53:35 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 108 | 97ABED1B59C47BBEB6A354D70E6D92FA7FA1751B | 01/19/2025 08:53:12 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 109 | 84F4EAEC7BCABF7C8771E3436976DC385D662481 | 01/19/2025 08:52:51 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 110 | 0A39B45B8BEA9FF47A93B0CACFC073A872A07A9F | 01/19/2025 08:50:16 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 111 | DC47F145FA66F359D39B06732E90B0214D36096C | 01/19/2025 08:31:20 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 112 | 6A83878A0CB2F92E0CA157564B6559F28253D8DD | 01/19/2025 08:22:35 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 113 | E38F0F245EBA5943E7E96C117F8AD98E92AA419F | 01/17/2025 12:08:30 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 114 | FAE52C807FB980D3425090BE95D5488782E18BF8 | 01/17/2025 09:35:22 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 115 | 458D8D72EEF57C15F88A010D6B8872ED4B55708C | 01/17/2025 08:26:50 | Blacked | 04/03/2021 | 04/14/2021 | PA0002286725 |
| 116 | 0C522DBAA371FD95B7ECDD5CF6807F3D3AE21E24 | 01/17/2025 06:12:32 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 117 | 5543043B03C122BB5480C1F78DA2D948BB63BEB2 | 01/17/2025 06:04:10 | Blacked | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 118 | D3C07D034ECAE1C30A04410321742F8D70AB13F7 | 01/17/2025 03:16:29 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |
| 119 | 007C425ADF4EC43E0CA02BD1C5DB9E67BF45625F | 01/17/2025 03:07:53 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 120 | FDCC61E339EFD820B4F29F4A4405F460B0A01368 | 01/17/2025 03:04:56 | Blacked | 03/27/2021 | 04/27/2021 | PA0002288945 |
| 121 | 3153AF85F9095D5335C1FAAAB86823E10FBA86F8 | 01/17/2025 02:54:34 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 122 | 304DECAEDBCF860D870FBE5E3740565CCF60E529 | 01/17/2025 02:47:07 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 123 | F94E87476C52350B5127217590A29ED13A5D0200 | 01/17/2025 02:40:23 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 124 | 6EF65F603AE570C60061ADE83B55026BDB509156 | 01/17/2025 02:24:25 | Blacked | 04/15/2017 | 06/15/2017 | PA0002037563 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 125 | 1331C09F5E9C1B5BAC97277942F7CFE5EAE93133 | 01/17/2025 01:03:33 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 126 | 2216AD69D5A3D13CC05084A5E269289BF59DB0BC | 01/17/2025 00:49:51 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 127 | 20B0CFCE63098C4268B881EE2EB1AA32DBE78B22 | 01/17/2025 00:34:09 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 128 | 2FDF3DDD9EFD463F0CE1118AA675055EA53B4305 | 01/17/2025 00:29:02 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 129 | 65D534DD6F7B08194CFBCC4D4F7BFC68CB4809A6 | 01/17/2025 00:21:38 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 130 | 80A6D891B6CCCEF79AEE2816CDC208C1DCA57772 | 01/17/2025 00:19:50 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 131 | CA39EB7944D98D9030D8B9B0F08C633D563D2FA1 | 01/16/2025 23:58:09 | Blacked | 03/20/2021 | 04/14/2021 | PA0002286724 |
| 132 | BB297D8716D39AD4A8E082DD774C59B08BB6AFE2 | 01/16/2025 23:40:56 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 133 | DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185 | 01/16/2025 23:35:53 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 134 | 9E93563D52049E1AF7FCBD9472AF76C811EEF494 | 01/16/2025 23:08:14 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 135 | A22FDF07CE9919FAA9CBF1289BB3DC55FF810A06 | 01/16/2025 23:03:41 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 136 | EBF6D7A5B01D2F802F5E7F25E6D2158EF1E8AD9F | 01/16/2025 22:52:33 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 137 | CF8700492799E3294604E744ED5DB487A107FF4A | 01/16/2025 22:18:40 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 138 | 6485035BCB89D8FA8FECC1F473D7C2323BF473CD | 01/16/2025 22:08:00 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 139 | 54864DF456D3EC7BF5CE5446808C4B9ABE8E7585 | 01/16/2025 21:46:36 | Blacked | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 140 | BF884694889A6307BB012EAEB698C3A3B9B5A493 | 01/16/2025 21:44:27 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 141 | 813E50B9406EDB8469005C6E60EC8EACE11F605A | 01/16/2025 21:42:31 | Blacked | 08/06/2022 | 08/29/2022 | PA0002367714 |
| 142 | 6E918A3F9DAFAB6D370A505F9AE8E796247CFD2F | 01/16/2025 21:31:35 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 143 | 1353D50C4EAEEB48592F06761F7D1B8F76078E67 | 01/16/2025 21:28:33 | Blacked | 12/26/2020 | 01/05/2021 | PA0002269952 |
| 144 | D1BF47FA5D2AD50FD2371DA5035BCC0FBEC21D0F | 01/16/2025 21:28:33 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 145 | 537BA77F8177D08640A0B7FFB221821BF260F4D3 | 01/16/2025 20:23:11 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 146 | 6850E86D3E0333B3E3E48BBB6CFCC32B7E0393F1 | 01/16/2025 18:07:48 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 147 | 060A437AD0D91F331B41FE8AADD21891957529A8 | 01/16/2025 16:17:32 | Blacked Raw | 06/08/2020 | 06/25/2020 | PA0002255509 |
| 148 | D9E0FEA04457384FB64B6A8E87C58CD10DADB902 | 01/16/2025 16:14:08 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 149 | 8F495C87563A86344D6ED1DF7528F6D91D179B3E | 01/16/2025 15:41:05 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 150 | A0BBC0EBB071AFEEC7D8E7F9077E6A2E6E227E3A | 01/16/2025 15:28:58 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 151 | 4A48C4CE9A84195E87AC51DCED99F96681F63A54 | 01/16/2025 15:26:48 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 152 | 23C9204CD274E9EDCB6BF839AF5DF49126DF8059 | 01/16/2025 15:26:25 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 153 | 5388889438B60A199FE2AA0C5C6B74E4FF50D9FB | 01/16/2025 14:32:08 | Blacked Raw | 07/10/2023 | 07/13/2023 | PA0002420345 |
| 154 | B40193B63CBE2FBA436FD4A07CFF20D9A84FDC0F | 01/16/2025 13:18:35 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 155 | 9530936F2063F524B580172B974AC4AB5DD2BFA6 | 01/16/2025 12:16:40 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 156 | DAC594BA3910BF5E1EB9B1ECC6192E0204467264 | 01/16/2025 08:00:41 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 157 | 622C4DC5C08D3A0797CD2B4869B16618DC103852 | 12/13/2024 19:05:28 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 158 | 1A4E44D543C27382A4B286E177663CEEB52D628C | 05/11/2024 11:12:14 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 159 | 88620B073A78B5264AADA5BCF92E3754C8168416 | 05/10/2024 18:18:57 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |